UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BROADVOICE, INC.
    Plaintiff,

    V                        CA 08-10197-JLT

RATES TECHNOLOGY, INC.
   Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

   The court having been advised on February 25, 2010 by counsel for the parties that the above action has been settled:   IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 60 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                                  Zita Lovett
                                                    /s/
                                                    _____
                                                    Courtroom Clerk

March 1, 2010