8/25/2014

Dear: Judge Leo T. Sorokin

FILED IN CLERKS OFFICE
2014 AUG 28 P 2:06
U.S. DISTRICT COURT
DISTRICT OF MASS.

As we Already know the "All Drugs minus two" had become retroactive and is going to take efect in nov 1 2014. My Quetion is if the Counsel that the court is going to Appoint to me is going to be now or After the date oI mention before, and I Just want to know so I could get in contac we him or her.

Thanks At

Elvis Guerrero

Attention
Maria Simeone

Hudson

Dear Judge Joseph T. Strokia,

(Daughter D.O.B.)

As you already know, the All OPOCS minus two hats became retroactive and is going to take effect in Nov 1, 2014. My Question is if the counsel that this court is going to appoint to me is going to be now or after the date of mention before, out I just want to know if I could get in contact with him or her.

Thank you
Elliar Cacerares

Attention
Mario Simeone